1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant LANDERS

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,              )
                                          )   No. CR 11-0890 EMC
                Plaintiff,                )
12                                        )   STIPULATION AND [PR~~OPO~~SED]
        v.                                )   SUPERSEDING ORDER
13                                        )
   ADRIAN LANDERS,                        )   Honorable Edward M. Chen
14                                        )
                Defendant.                )
15 _____)

1    Yesterday, the Court ordered, upon having been advised by the government that there is no
2    federal hold or other impediment, that the San Francisco Police Department provide to undersigned
3    counsel for Defendant Adrian Landers reasonable access to inspect a vehicle in its possession, to wit,
4    a 1994 Acura two-door automobile, VIN # JH4KA8278RC002197, California license plate
5    6RYP794, registered to Mr. Landers and Ms. Latrice Devore.

6    Further consultation with SFPD has revealed the need for additional express direction from the
7    Court on this matter. Specifically, the parties stipulate and jointly request, with respect to the above
8    referenced vehicle, that counsel for Mr. Landers and his investigator be permitted to photograph the
9    vehicle and to start its engine, with the assistance of SFPD as appropriate.

10   IT IS SO STIPULATED.

11                                          MELINDA HAAG
                                             United States Attorney
12

13   DATED:   February 16, 2012         _____/s/_____
                                         WILSON LEUNG
14                                       Assistant United States Attorney

15

16   DATED:   February 16, 2012         _____/s/_____
                                         DANIEL P. BLANK
17                                       Assistant Federal Public Defender
                                         Attorney for Adrian Landers
18

19   IT IS SO ORDERED.
            DATED: 2/17/12
20   DATED:  _____
             EDWARD M. CHEN
21           United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

STIP. & PROP. ORDER                    1