MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-890-EMC |
| v. | STIPULATION AND [PROPOSED] ORDER |
| ADRIAN LANDERS, | |
| Defendant. | |

      The United States of America, by its counsel, Melinda Haag, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Adrian Landers, by his counsel, Daniel Blank, Esq., hereby stipulate and agree to the exclusion of time under Speedy Trial Act calculations based on the following:

      1.    On February 15, 2012, the parties appeared before the Court for a status conference;

      2.    At that status conference, the Court continued the matter for a further status conference on March 7, 2012 at 2:30 in order to allow counsel to review discovery as well as to review evidence in this case;

1.  3. The Court excluded time in the interests of justice until Mach 7, 2012 under the Speedy Trial Act for this purpose;

2.  4. Accordingly, the parties stipulate and agree that time is excluded in the interests of justice under the Speedy Trial Act until March 7, 2012.

SO STIPULATED.

DATED: February 21, 2012    MELINDA HAAG
                            United States Attorney

                            By:   /s/
                            W.S. Wilson Leung
                            Assistant United States Attorney

DATED: February 21, 2012          /s/
                            Daniel Blank, Esq.
                            Counsel for Defendant Adrian Landers

                            SO ORDERED.

DATED: February 24, 2012

IT IS SO ORDERED
Judge Edward M. Chen